IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:96-CV-05629-AWI-SAB |
| Plaintiff and Judgment Creditor, | |
| v. | **FINAL ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (WAGES)** |
| MARK H. SCOFFIELD, DPM, | |
| Defendant and Judgment Debtor. | |
| GRANVILLE HOMES, INC., | |
| Garnishee. | |

The Court, having considered the United States' Application Terminating Writ of Continuing Garnishment (Wages) against the non-exempt earnings of the defendant and judgment debtor, Mark H. Scoffield, DPM, and finding good cause therefore, hereby ORDERS:

The Final Order of Continuing Garnishment (Wages) against Defendant Mark H. Scoffield, DPM, is terminated.

IT IS SO ORDERED.

Dated:   June 18, 2013                             _____
                                                                          SENIOR  DISTRICT  JUDGE

[Proposed] FINAL ORDER TERMINATING WRIT
OF CONTINUING GARNISHMENT (WAGES)                                                                 1