1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT FOR THE

8        EASTERN DISTRICT OF CALIFORNIA

9
10   UNITED STATES OF AMERICA,                    )      CASE NO.:  1:96-CV-05629-AWI-SAB
                                                  )
11            Plaintiff and Judgment Creditor,    )
                                                  )
12                    v.                          )      **FINAL ORDER TERMINATING WRIT OF**
                                                  )      **CONTINUING GARNISHMENT (WAGES)**
13   MARK H. SCOFFIELD, DPM,                      )
                                                  )
14            Defendant and Judgment Debtor.      )
     ─────────────────────────────────────       )
15                                                )
     GRANVILLE HOMES, INC.,                       )
16                                                )
              Garnishee.                          )
17   ─────────────────────────────────────       )

18
19        The Court, having considered the United States' Application Terminating Writ of Continuing Garnishment

20   (Wages) against the non-exempt earnings of the defendant and judgment debtor, Mark H. Scoffield, DPM, and

21   finding good cause therefore, hereby ORDERS:

22        The Final Order of Continuing Garnishment (Wages) against Defendant Mark H. Scoffield, DPM, is

23   terminated.

24
25   IT IS SO ORDERED.

26   Dated:   June 18, 2013       _____

27                                   SENIOR  DISTRICT  JUDGE

28